**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
SEP 1 9 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| V. | ) CRIMINAL NO. SA-19-CR-105-OLG |
| **CHRISTOPHER SALINAS,** | ) ) ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the below described properties and the violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), by virtue of Defendant CHRISTOPHER SALINAS' plea agreement with the factual basis contained therein, and that the Defendant has an interest in said properties. As such, said Motion is meritorious, and hereby is in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant CHRISTOPHER SALINAS in certain properties, namely:

1. $760.00, More or Less, in United States Currency;
2. Kahr Arms, Model K9, semi-automatic pistol, 9mm in caliber bearing serial number BF2558;
3. Kel-Tec CNC Industries Inc., Model P-32, semi-automatic pistol, .32 ACP in caliber bearing serial number P03397; and
4. Any related ammunition and firearm accessories,

hereinafter referred to as the "Subject Personal Properties" be, and hereby is, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation, shall seize, take custody, control, and possession of the Subject Personal Properties whether held by the defendant or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Personal Properties in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Personal Properties; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Personal Properties the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45; and IT IS FURTHER

ORDERED that at the time of the sentencing of Defendant CHRISTOPHER SALINAS, the forfeiture of the Subject Personal Properties shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this \_\_19\_\_ day of \_\_Sept\_\_, 2019.

ORLANDO L. GARCIA
Chief United States District Judge