UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO:  SA:19-CR-00105(1)-OLG |
| (1) Christopher Salinas | § | |

## ORDER SETTING BOND REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **03:00 PM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Wednesday, October 30, 2019**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **24th day of October, 2019.**

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **USA** § | | |
| *Plaintiff,* § | | |
| vs. § | **Case Number:** | |
| § | **SA:19-CR-00105(1)-OLG** | |
| **(1) Christopher Salinas** § | | |
| *Defendant* | | |

## WAIVER OF BOND HEARING AND ORDER OF BOND REVOCATION

I, (1) Christopher Salinas, the above-named defendant, having been advised of the nature of allegations that have been made in a petition to revoke my bond release and my right to have a hearing on the petition to revoke bond under 18 U.S.C. § 3148, do hereby waive and give up my right to a hearing on the petition to revoke my bond and agree to detention pending the conclusion of proceedings before the District Judge.

_____                  _____
Defendant                                                                          Date

_____                  _____
Counsel for Defendant                                                       Date

Accordingly, it is hereby ordered that: defendant's pretrial bond release is **REVOKED;** defendant shall be detained without bond or other conditions of release; and defendant is committed to custody of the U.S. Marshal or his designated representative for confinement pending his designation by the Bureau of Prisons. 18 U.S.C. § 3148. While in the custody of the U.S. Marshal, defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

A person ordered detained by a Magistrate Judge may file with the Court having original jurisdiction over the offense with which Defendant is charged, a motion for revocation or amendment of the Order. The Court shall determine said motion for revocation or amendment promptly. 18 U.S.C. § 3145.

**IT IS SO ORDERED.**

**SIGNED and ENTERED this _____ day of _____, 2019.**

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE